GEORGE H. EVERETT *vs.* JAMES R. HOPKINS, et als.

Aroostook County. Decided December 11, 1914. This is an action on the case wherein the plaintiff seeks the recovery of damages for the destruction of property alleged to have been caused by the negligent setting and management of fire by defendants upon their land. A verdict was rendered for the plaintiff for the sum of four hundred dollars, and the case is before us upon the general motion of defendants for a new trial.

Practically the sole issue submitted to the jury was the responsibility of the defendants for the setting of the fire. It is the only question raised and argued by the parties upon the motion. Motion overruled. *Shaw, Burleigh & Shaw*, for plaintiff. *H. W. Trafton, and Hersey & Barnes*, for defendant.

---

GEORGE W. EARLE *vs.* FRED KING, Jr., and FRED KING.

Androscoggin County. Decided December 14, 1914. Action on promissory note for $350, dated June 7, 1913. Fred King, Jr., was defaulted. The jury returned a verdict for the defendant, Fred King, and the plaintiff filed a motion for a new trial. Motion overruled. *Oakes, Pulsifer & Ludden*, for plaintiff. *McGillicuddy & Morey*, for defendant.